IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KIMBERLY LOCKWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:23-cv-00506 |
| | ) | |
| v. | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE FRENSLEY |
| WILLIAMSON COUNTY SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge recommending this action be dismissed without prejudice under Federal Rule of Civil Procedure 4(m) for failure to effect service of process. (Doc. No. 11). The Magistrate Judge noted that this case has been pending for over 220 days and the Defendant has not been served. The Report and Recommendation advised the parties that objections to the Magistrate Judge's Report and Recommendation were to be filed within fourteen days of receipt. (Doc. No. 11 at 2). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 11) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE